UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYMPHONY FS LIMITED, | : |
| Plaintiff, | : |
| v. | : No. 5:18-cv-3904 |
| J. BARRY THOMPSON, | : |
| Defendant. | : |

# **O R D E R**

**AND NOW**, this 20th day of December, 2018, for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion for a Preliminary Injunction, ECF No. 3, is **DENIED**.

2. The Temporary Restraining Order, ECF No. 9, is **DISSOLVED**.

3. Plaintiff's First Motion in Limine to Reject Affidavit of John L. Williams, ECF No. 42, is **DENIED**.

4. Defendant's Motion to Modify the TRO, ECF No. 53, is **DENIED as moot**.

5. Plaintiff shall respond to Defendant's motion to dismiss or file an amended complaint **on or before January 14, 2019.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court

121818